

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Shirley Kite, individually and as representative of the Estate of WL Kite,

\* From the 35th District Court of Brown County, Trial Court No. CV2004175-A.

Vs. No. 11-20-00261-CV

\* March 25, 2021

Diana Darby-Sutton,

\* Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has considered Shirley Kite's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Shirley Kite, individually and as representative of the Estate of WL Kite.